### TEAGUE SEWER CO. v. BAIN et al.
#### (No. 1051.)

(Court of Civil Appeals of Texas. El Paso. Jan. 22, 1920.)

Appeal from District Court, Freestone County; Prentice Oltorf, Judge.

Action between the Teague Sewer Company and L. F. Bain and others. From an adverse judgment, the former appeals. Affirmed.

Boyd & Bell, of Teague, for appellant.
Williford & Geppert, of Teague, for appellees.

HIGGINS, J. Appellant has not briefed this case, nor is there any statement of facts. In this condition of the record we find no reversible error.

Affirmed.

---

### TEAGUE SEWER CO. v. JEANES.
#### (No. 1050.)

(Court of Civil Appeals of Texas. El Paso. Jan. 22, 1920.)

Appeal from Freestone County Court; S. W. Robinson, Judge.

Action by Guy L. Jeanes against the Teague Sewer Company. Judgment for plaintiff, and defendant appeals. Affirmed.

Boyd & Bell, of Teague, for appellant.
A. B. Geppert, of Teague, for appellee.

HIGGINS, J. Appellant constructed a sewer system in the town of Teague, and in so doing it placed a pipe across Oak street and below the surface. A hole developed in the street above the pipe, and a horse belonging to appellee stepped into this hole while being driven to a laundry wagon. The horse was so severely injured that it was necessary to kill it. This suit was brought by appellee in dam-ages to recover the value of the horse, and he recovered judgment as prayed for.

There was no error in the action of the court in overruling the plea to the jurisdiction of the county court, which was presented upon the theory that the appellee had fraudulently alleged the value of the animal, so as to confer jurisdiction upon that court. The evidence abundantly supports the finding that the horse was of the reasonable market value alleged.

The only other errors assigned relate to the sufficiency of the evidence to support the court's finding that appellant was guilty of actionable negligence in this case. The evidence has been examined, and the conclusion reached that in this matter also the evidence abundantly supports the court's finding in appellee's favor upon this issue. It will serve no useful purpose to quote the evidence.

Finding no error, the judgment is affirmed.

---

### DUNNE et al. v. WM. J. LEMP BREWING CO. et al.   (No. 1032.)

(Court of Civil Appeals of Texas. El Paso. Dec. 11, 1919. Rehearing Denied Jan. 8, 1920.)

Appeal from District Court, El Paso County; W. D. Howe, Judge.

Petition by Joe Dunne and others against the Wm. J. Lemp Brewing Company and others for a temporary writ of injunction. From an order refusing to grant the injunction, plaintiffs appeal. Affirmed.

J. J. Murphy and M. W. Stanton, both of El Paso, for appellants.
M. V. Ward and Davis & Goggin, all of El Paso, for appellees.

WALTHALL, J. This case presents an appeal from an order of the district court refusing a temporary writ of injunction restraining the appellees from collecting a money judgment by writ of execution. After hearing the petition and the evidence, the court refused the injunction prayed for. We have not been favored by brief or oral argument. After a careful examination of the entire record, we have concluded that the court was not in error in refusing to grant the relief prayed for. It would serve no purpose to here state the issues presented.

The case is affirmed.